**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHERRI GRAFLAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-01966-MTS |
| | ) | |
| FRANK J. BISIGNANO, *Commissioner of the Social Security Administration*, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [2]. Because Plaintiff is represented by counsel, the Application should have been signed by Plaintiff's counsel or, at the very least, submitted as an exhibit to a motion signed by Plaintiff's counsel. Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name." *See also O'Brien v. Alexander*, 101 F.3d 1479, 1488 (2d Cir. 1996) ("*Every paper* submitted to the district court on behalf of a represented party must be signed by an attorney of record." (emphasis added)); *Ford Motor Co. v. Summit Motor Prods., Inc.*, 930 F.2d 277, 289 n.15 (3d Cir. 1991) (similar). The Court therefore will require Plaintiff to refile her application consistent with Rule 11(a). *See Velasco v. Bisignano*, 4:26-cv-0319-MAL, ECF No. 5 (E.D. Mo. March 3, 2026); *cf. Koeller v. Cyflare Sec. Inc.*, 4:25-cv-0410-

MTS, ECF No. 27 (E.D. Mo. July 22, 2025); *M&T Equip. Fin. Corp. v. Fischer Grading LLC*, 4:24-cv-1379-MTS, ECF No. 48 (E.D. Mo. Apr. 25, 2025).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2], is **DENIED** without prejudice. No later than **Wednesday**, **November 25, 2026**, Plaintiff shall either prepay the filing fee in full or seek to proceed without prepayment of fees consistent with this Memorandum and Order and Federal Rule of Civil Procedure 11(a). Failure to timely do so may result in the dismissal of this action without prejudice and without further notice.

Dated this 18th day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE